FILED

7/6/2026

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

**UNITED STATES DISTRICT COURT**
**Eastern District of Virginia – Alexandria Division**

MATTHEW A. LeFANDE

                 Plaintiff,

v.                                                                    1:26-cv-1271 (RDA)

JONA MIKELL BLOCKER, *et al.*

                 Defendants.

**MOTION TO CONSOLIDATE**

As provided by Federal Rule of Civil Procedure 42, the Plaintiff has moved to consolidate this case with that of 1:24-cv-54-RDA-WEF.

The Defendants fail to demonstrate any instance of claim splitting by the Plaintiff. Instead, the second cause of action brings two new Defendants without privity of interest with the other Defendants, more than twenty paragraphs of factual allegations postdating the filing of the original cause of action, and a series of state law and common law claims to resolve the court's decision to not exercise its fundamental powers of granting equitable relief. There being no claim splitting as that term is employed in this circuit, there can be no dismissal of otherwise proper causes of action. In the interests of judicial economy, the two cases should be now merged and the new Complaint become operative as to the consolidated action before the court.

This Motion is supported by the Memorandum in support, the relevant Exhibits previously tendered to the court and referenced herein, the attached Opinion of the Western District of Pennsylvania, and the entire record herein.

1

LOCAL RULE 7(e) STATEMENT

I hereby certify that on July 1, 2026, I did respond to an email from Defendants' counsel of that date and attempted to organize a conference on this and other anticipated Motions to be filed in this case by the Plaintiff such as to narrow the area(s) of disagreement.  As of today's date, I have received no response to my inquiry.

Respectfully submitted this sixth day of July, 2026,

_____
Matthew A. LeFande
PO Box 22
Midland VA 22728
540 346 3760
matthew.lefande@cpi-va.us
PLAINTIFF, *pro se*

L.R. 83.1 (N)(2) CERTIFICATE

I declare under penalty of perjury that no attorney has prepared, or assisted in the preparation of this document.

_____
Matthew A. LeFande

2

CERTIFICATE OF SERVICE

I hereby certify that I served a true and complete copy of the foregoing Motion, Memorandum in Support, the attached Opinion and proposed Order to the Defendants' counsel via electronic filing, this sixth day of July, 2026.


    Stephen Lofaso
    Vanderpool, Frostick & Nishanian PC
    9200 Church Street Suite 400
    Manassas VA 20110

I have further mailed a complete copy to the as of yet unrepresented party below at his known address via United States Postal Service Priority Mail, postage prepaid and electronic delivery notification requested.

    Vladimir Torbenko
    14854 Courage Drive
    Woodbridge VA 22193

Article Number: 9205 5903 2499 2802 9635 93

An additional copy has been mailed to Defendant Allen's counsel in 1:25-cv-54.

    Sachin Kori
    The Irving Law Firm PC
    2311 Wilson Boulevard, 3rd Floor
    Arlington VA 22201

Article Number: 9205 5903 2499 2803 1786 37

                                   _____
                                   Matthew LeFande