**UNITED STATES DISTRICT COURT**
**Eastern District of Virginia – Alexandria Division**

|  |  |
|---|---|
| MATTHEW A. LeFANDE<br><br>                              Plaintiff,<br><br>v.<br><br>JONA MIKELL BLOCKER, *et al.*<br><br><br>                              Defendants. | 1:25-cv-54 (RDA-WEF)<br>1:26-cv-1271 (RDA) |

**ORDER**

As provided by Federal Rule of Civil Procedure 42, Plaintiff Matthew LeFande has moved to consolidate cases 1:25-cv-54 (RDA-WEF) and 1:26-cv-1271 (RDA). In consideration of this Motion, the Memorandum in Support, the Exhibits, the arguments of counsel and the *pro se* Plaintiff, and the entire record herein, the Motion is well taken and LeFande is entitled to relief as set forth herein.

The court finds that even if the second Complaint does amount to claim splitting, neither case has moved beyond the initial motions to dismiss and there has been no discovery or trial in either case. Further, the second Complaint has new Defendants who cannot be simply dismissed from an action otherwise in proper form. In the interests of judicial economy, the two cases are hereby consolidated. The Complaint in 1:26-cv-1271 (RDA) shall be the operative Complaint going forward.

SO ORDERED, this _____ day of July, 2026,

_____
Judge Rossie D. Alston, Jr.
United States District Court
for the Eastern District of Virginia.