FILED

7/7/2026

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia ☑

| | | |
|---|---|---|
| Matthew A. LeFande<br>Box 22<br>Midland VA 22728 | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No.  1:26 CV 1271 |
| Jona M. Blocker, Vladimir D. Torbenko<br>Floyd P. Allen, Robert J. Gudz,<br>William A. White | ) ) ) ) | |
| *Defendant(s)* | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

VLADIMIR DMITRIEVICH TORBENKO
14854 Courage Drive
Woodbridge VA 22193

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew A. LeFande
Box 22
Midland VA 22728

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/12/26

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-CV-1271

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* VLADIMIR TORBENK

was received by me on *(date)* 5/27/26 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*
   POSTED ON REQUESTED BACK DOOR.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/12/26 @ 1317

_____ 6821
*Server's signature*

MICHELLE HAND
*Printed name and title*

GLENDELL HILL
SHERIFF

9311 LEE AVENUE MANASSAS
*Server's address* VA 20110

Additional information regarding attempted service, etc:

ATTEMPTS:
(1). 6/4/26 @ 1353 - V. TORBENKO'S VEHICLE WAS IN DRIVEWAY. NO ANSWER AT SIDE DOOR. LEFT CONTACT INFO. (5)

6/12/26 POSTED COPY. ORIGINAL @ 1317 NOTES STILL ON DOOR. GREY FORD SUV IN DRIVEWAY. (6)

VLADIMIR DMITRIEVICH TORBENK 05/26/2026 11:22 am

* 2 6 0 2 9 3 3 4 *

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Easte n District of Virginia ☑

| | |
|---|---|
| Matthew A. LeFande<br>Box 22<br>Midland VA 22728<br><br>*Plaintiff(s)*<br>v.<br><br>Jona M. Blocker, Vladimir D. Torbenko<br>Floyd P. Allen, Robert J. Gudz,<br>William A. White<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No.   1:26 CV 1271 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

 VLADIMIR DMITRIEVICH TORBENKO
14854 Courage Drive
Woodbridge VA 22193

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew A. LeFande
Box 22
Midland VA 22728

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5|12|26

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-CV-1271

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* VLADIMIR TORBENK

was received by me on *(date)*  5/26/26  .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*
POSTED ON STATED/REQUESTED DOOR.
UNABIE TO MAKE PERSONAL SERVICE.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: 6/12/26 @ 1317  _____  6821
                        *Server's signature*

                        MICHELLE HAND
                        *Printed name and title*

                        9311 LEE AVE. MANASSAS VA.
                        *Server's address*

Additional information regarding attempted service, etc:

ATTEMPTS:
1. 6/4/26 @ 1353 - V. TORBENKOS VEHICLE
WAS IN DRIVEWAY. NO ANSWER AT
LOWER SIDE DOOR. LEFT CONTACT INFO.
(5)

VLADIMIR DMITRIEVICH TORBENK 05/26/2026  11:41 am

6/12/26 POSTED COPIES. ALL PREVIOUS
1317 - NOTES WERE STILL ON DOOR.
GREY FORD SUV IN DRIVEWAY.

* 2 6 0 2 9 3 3 5 *

## Service upon Vladimir Torbenko

Torbenko resides at 14854 Courage Drive in Independent Hill. Since the time of the filing of this Complaint, he falsely claims to live in the adjoining house at 14867 Prestige Drive.

Torbenko drives the new silver Toyota RAV4 in the attached photograph. Since the filing of this Complaint, he is now intermittently parking in the Prestige Drive driveway. The Toyota should be registered to one of these addresses. He drives to Silver Spring Maryland on weekdays and departs Independent Hill at approximately 7:10am. If confronted with service, he will attempt to flee.

Torbenko's cell number is (240) 678-2339.

Questions may be directed to 540 346-3760 ext 6.

**RETURN TO:  Matthew LeFande Box 22 Midland VA 22728.**









**US POSTAGE PAID IMI**
2026-06-20
22728
C6557398
Commercial
FLAT RATE ENV



easypost

0901000028466

## USPS PRIORITY MAIL

CPI MIDLAND TRAINING CENTER
5473 MIDLAND RD
MIDLAND VA 22728-2165

**0003**

C027



SHIP TO:  VLADIMIR TORBENKO
14854 COURAGE DR
WOODBRIDGE VA 22193-3390

## USPS TRACKING #



9405 5361 0619 6306 3320 35



**PirateShip.com**
Make shipping fun



ALERT: IMPACTS FROM THE WORLD SOCCER TOURNAMENT HELD IN MAJOR CITIES THROUGHOUT THE U.S. FROM JUNE 11TH THROUGH JULY 19TH, 2026 MAY DELAY FINAL DELIVERY OF YOUR MAIL AND PACKAGES. READ MORE ›

# USPS Tracking®

FAQs >

**Track Packages
Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

Remove ✕

**Tracking Number:**

## 9405536106196306332035

Copy        Add to Informed Delivery

**Latest Update**

Your item was delivered in or at the mailbox at 11:49 am on June 23, 2026 in WOODBRIDGE, VA 22193.

—————————————————————

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**

**Delivered, In/At Mailbox**
WOODBRIDGE, VA 22193
June 23, 2026 11:49 AM

● **Out for Delivery**
WOODBRIDGE, VA 22193
June 23, 2026 7:08 AM

● **Arrived at Post Office**
WOODBRIDGE, VA 22193
June 23, 2026 6:57 AM

● **Arrived at USPS Facility**
WOODBRIDGE, VA 22193
June 23, 2026 3:42 AM

● **Arrived at USPS Facility**
DULLES VA DISTRIBUTION CENTER
June 22, 2026 5:09 PM

● **Departed Post Office**
MIDLAND, VA 22728
June 22, 2026 9:23 AM

● **USPS in possession of item**
MIDLAND, VA 22728
June 20, 2026 10:10 AM

● Hide Tracking History

What Do USPS Tracking Statuses Mean?

**Text & Email Updates**                                                                 ⌄

**USPS Tracking Plus®**                                                                 ⌄



**P**

**US POSTAGE PAID IMI**
2026-06-20
22728
C6557398
Commercial
FLAT RATE ENV

easypost

0901000028402

## USPS PRIORITY MAIL

CPI MIDLAND TRAINING CENTER
5473 MIDLAND RD
MIDLAND VA 22728-2165

**0003**

C027



SHIP TO: VLADIMIR TORBENKO
14867 PRESTIGE DR
WOODBRIDGE VA 22193-3309

## USPS TRACKING #



**9405 5361 0619 6306 3320 97**



**PirateShip.com**®
Make shipping fun



ALERT: IMPACTS FROM THE WORLD SOCCER TOURNAMENT HELD IN MAJOR CITIES THROUGHOUT THE U.S. FROM JUNE 11TH THROUGH JULY 19TH, 2026 MAY DELAY FINAL DELIVERY OF YOUR MAIL AND PACKAGES. READ MORE ›

# USPS Tracking®

FAQs >

**Track Packages
Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

Learn More

Remove ✕

Tracking Number:

## 9405536106196306332097

Copy        Add to Informed Delivery

### Latest Update

Your item was delivered in or at the mailbox at 11:51 am on June 23, 2026 in WOODBRIDGE, VA 22193.

_____

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**

**Delivered, In/At Mailbox**
WOODBRIDGE, VA 22193
June 23, 2026 11:51 AM

**Out for Delivery**
WOODBRIDGE, VA 22193
June 23, 2026 7:08 AM

**Arrived at Post Office**
WOODBRIDGE, VA 22193
June 23, 2026 6:57 AM

**Arrived at USPS Facility**
WOODBRIDGE, VA 22193
June 23, 2026 3:42 AM

**Arrived at USPS Facility**
DULLES VA DISTRIBUTION CENTER
June 22, 2026 5:08 PM

**Departed Post Office**
MIDLAND, VA 22728
June 22, 2026 9:23 AM

**USPS in possession of item**
MIDLAND, VA 22728
June 20, 2026 10:10 AM

● Hide Tracking History

What Do USPS Tracking Statuses Mean?

Text & Email Updates          ⌄

USPS Tracking Plus®          ⌄

