FILE
7/7/2026
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

**UNITED STATES DISTRICT COURT**
**Eastern District of Virginia – Alexandria Division**

---

MATTHEW A. LeFANDE

               Plaintiff,

v.

JONA MIKELL BLOCKER, *et al.*

               Defendants.

1:26-cv-1271 (RDA)

---

### PRÆCIPE FOR DEFAULT

As provided by Federal Rule of Civil Procedure 55(a), the Plaintiff asks the Clerk to enter a Default against Defendant Vladimir Torbenko.

The attached affidavits demonstrate that Torbenko was served by posting by the Prince William County Sheriff's Office at his known residence 14854 Courage Drive in Woodbridge Virginia on June 12, 2026.  Posting was also accomplished at the adjacent residence at 14867 Prestige Drive where Torbenko may falsely claim to reside.  As the attached records of the United States Postal Service demonstrate, copies of the Summons and Complaint were delivered to Torbenko at both addresses on June 23, 2026 via Postal Service Priority Mail.  Such service by mail perfects the service by posting under Code of Virginia § 8.01-296(2)(b).

I swear and affirm under penalties of perjury that the foregoing information is true and correct to the best of my information and belief.

1

Respectfully submitted this seventh day of July, 2026,

                             _____

Matthew A. LeFande
PO Box 22
Midland VA 22728
540 346 3760
matthew.lefande@cpi-va.us
PLAINTIFF, *pro se*

L.R. 83.1 (N)(2) CERTIFICATE

I declare under penalty of perjury that no attorney has prepared, or assisted in the preparation of this document.

                             _____

Matthew A. LeFande

CERTIFICATE OF SERVICE

I hereby certify that I served a true and complete copy of the foregoing Præcipe and attachments to the Defendants' counsel via electronic filing, this seventh day of July, 2026.


    Stephen Lofaso
    Vanderpool, Frostick & Nishanian PC
    9200 Church Street Suite 400
    Manassas VA 20110

I have further mailed a complete copy to the as of yet unrepresented party below at his known address via United States Postal Service Priority Mail, postage prepaid and electronic delivery notification requested.

    Vladimir Torbenko
    14854 Courage Drive
    Woodbridge VA 22193

Article Number: 9205 5903 2499 2803 5624 67


                                    _____
                                    Matthew LeFande